

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

June 18, 1958

Hon. J. R. Owen
County Attorney
Williamson County
Georgetown, Texas

Dear Sir:

Opinion No. WW-453

Re: Whether the S.P.J.S.T.
Rest Home in Taylor,
Texas, a non-profit
private corporation,
is exempt from taxation.

We quote from your request for an opinion as follows:

/‾Question‾7

"The S.P.J.S.T. Rest Home, a non-profit private
corporation, has constructed and is presently oper-
ating a rest home in Taylor, Williamson County,
Texas. This home takes the position that its
property is exempt from taxation, and Mr. Jack
Gillum, Tax Assessor-Collector of Williamson
County, Texas, has requested this office to obtain
an opinion from you as to whether the property is
exempt.

/‾Relevant Facts‾7

". . . At this time, all of the residents in the
rest home pay room, board and care, and the amount
charged per person living in the rest home varies
with the ability to pay. The organization is too far
in debt at this time, which is at the very beginning
of its operation, to maintain residents without pay.
This latter information was furnished in reply to a
question as to whether or not the home permits purely
charitable residents who are not required to pay
anything. No resident has made a lump sum payment
upon entering the home, and the residents do not
give any money or property to the home upon entering,
other than the regular payment for room and board.
No resident has devised any property or bequeathed
any money to the rest home. The charter discloses
eligibility for admittance to the rest home which is
not limited to S.P.J.S.T. Lodge members. No part of
the buildings or premises is used by anyone other than
residents of the home, and there are no types of con-
cession stands or stores which might be selling one

or more items to the residents of the home or to the
public. In the event the home does make any profit
in its operations, any such profits will probably be
used for additional construction in connection with
the home, or if this is not done, the cost per resi-
dent will be materially lowered."

Our answer to the above-mentioned question is in the
negative.

The Legislature, acting under the authority granted
it by Section 2 of Article VIII of the Constitution, enacted
Section 7 of Article 7150 V.C.S. exempting "all buildings
belonging to institutions of purely public charity together
with the lands belonging to and occupied by such institu-
tions not leased or otherwise used with a view to prof-
it. . . ."

The Supreme Court of Texas in City of Houston V.
Scottish Rite Benev. Assn. 230 S.W. 978 held that property
is exempt from taxation if it is both owned and used ex-
clusively by an institution of public charity. The Court
further stated that an institution was one of "purely pub-
lic charity" where, first, it made no gain or profit,
second, it accomplished ends wholly benevolent, and, third,
it benefited persons, indefinite in numbers and personal-
ities, by preventing them, through absolute gratuity, from
becoming burdens to the state.

From the information that you have presented, it is
apparent that the property in question is owned and used
exclusively by the S.P.J.S.T. Rest Home. The Rest Home
conforms to the first two requirements of a "purely public
charity" as set forth in the foregoing case, but fails to
meet the third requirement. Since the Rest Home does not
accept any resident on a strictly charity basis, it does
not benefit persons, indefinite in numbers and personal-
ities, by preventing them, through absolute gratuity, from
becoming burdens to the state.

## SUMMARY

The real property owned by the S.P.J.S.T.
Rest Home is not tax exempt for the reason that
the Rest Home is not presently functioning as a
"purely public charity."

Hon. J. R. Owen, page 3,        Opinion No. WW-453

                              Very truly yours,

                              WILL WILSON
                              Attorney General of Texas

                         By
                              Jack N. Price
                              Assistant

JNP:db/aa

APPROVED:

OPINION COMMITTEE

Geo. P. Blackburn, Chairman

Marietta McGregor Payne
Leonard Passmore
Wayland C. Rivers, Jr.
Henry G. Braswell

REVIEWED FOR THE ATTORNEY GENERAL

By:  W. V. Geppert